# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAROLD SEREYKA, | : |
| Plaintiff | : CIVIL ACTION NO. 3:18-1681 |
| v. | : |
| NAVIENT SOLUTIONS, LLC, | : (MANNION, D.J.) |
| | : (CARLSON, M.J.) |
| Defendant | : |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Carlson, **(Doc. 20)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** defendant NSL's motion to dismiss, **(Doc. 17)**, plaintiff's amended complaint, **(Doc. 14)**, is **GRANTED, IN PART,** and **DENIED, IN PART**;

**(3)** plaintiff's FDCPA claim is **DISMISSED WITHOUT PREJUDICE**, plaintiff's FCRA claim shall **PROCEED**, and plaintiff's state law FCEUA and defamation claims are **DISMISSED WITH PREJUDICE**; and

**(4)** the Clerk of Court is directed to **REMAND THIS CASE** to Judge Carlson for further proceedings as to the remaining claims.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 22, 2019**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-1681-01-ORDER.wpd