UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**HAROLD SEREYKA,**                                  :

        Plaintiff                 :   CIVIL ACTION NO. 3:18-1681

   v.                                        :          **(JUDGE MANNION)**

**NAVIENT SOLUTIONS, LLC,**                 :

        Defendant              :

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Attorney Pollick's renewed motion to withdraw as plaintiff's counsel is **DENIED**.

2. Unless the plaintiff obtains new counsel within **14 days of the date of this Order**, Attorney Pollick is directed to complete the settlement that was reached in this case between plaintiff and NSL. After the settlement is completed and the case is closed, Attorney Pollick can terminate her representation of the plaintiff.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: February 22, 2021**
18-1681-02-ORDER